UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS ABBE,

        Plaintiff,

   v.

JOSEPH LEHMAN,

        Defendant.

Case No. C05-5384FDB

ORDER GRANTING I.F.P. APPLICATION

    Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **GRANTED**. Plaintiff is currently detained at the Special Commitment Center on McNeil Island, and plaintiff does not appear to have funds available to afford the $250.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

    The Clerk is directed to mail a copy of this Order to plaintiff.

DATED this 23rd day of June, 2005.

                          /S/ *J. Kelley Arnold*
                          J. Kelley Arnold
                          United States Magistrate Judge

ORDER
Page - 1