1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS ABBE,

        Plaintiff,

    v.

JOSEPH LEHMAN,

        Defendant.

Case No. C05-5384FDB

ORDER TO PROVIDE FORMS

       Plaintiff has been granted leave to proceed *in forma pauperis*.  Plaintiff has not provided service documents.  The Clerk is directed to send plaintiff one service form.

       Plaintiff will fill out the form and return it so the court can attempt service by mail.   The form must be returned on or before **July 29th, 2005** or the court will recommend dismissal for failure to prosecute.

       The Clerk is directed to send a copy of this Order and the service forms to plaintiff and note this matter for **July 29th, 2005.**

       DATED this 23rd day of June, 2005.

               */S/ J. Kelley Arnold*
               J. Kelley Arnold
               United States Magistrate Judge

ORDER